## 34651. SHELTON v. HOPPER.

PER CURIAM.
The record supports the superior court's determination that Shelton's guilty plea to voluntary manslaughter was freely and voluntarily entered, and that his attorney competently represented him. Appellant has failed to show error in connection with any subsequent attempt, after sentencing, to withdraw the guilty plea.
*Judgment affirmed. All the Justices concur.*

SUBMITTED MARCH 2, 1979 — DECIDED APRIL 24, 1979.

James Shelton, Jr., *pro se.*
*Arthur K. Bolton, Attorney General, Susan V. Boleyn, Assistant Attorney General,* for appellee.